# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FIRST AMERICAN PROPERTY AND CASUALTY COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>WALDO HERNANDEZ, *et al.*,<br><br>    Defendants. | Case No.: 2:23-cv-01945-JAD-NJK<br><br>**ORDER** |

On November 22, 2023, Plaintiff initiated this case against Waldo Hernandez, Andrea Hernandez, Lisa Brochu, and Susan Hoy.  Docket No. 1.  On December 1, 2023, the Clerk of Court issued summons to the above-named parties.  Docket No. 8.

Federal Rule of Civil Procedure 4 governs the issuance of summons and service of process. Fed. R. Civ. P. 4(m) provides that:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time.  But if the plaintiff shows good cause for the failure, the Court must extend the time for service for an appropriate period.

To date, there has been no proof of service filed as to Waldo Hernandez and Andrea Hernandez.

Accordingly, Plaintiff is hereby **ORDERED** to provide proof of service by April 24, 2024, as to the above-named parties.  Service on the parties must have taken place prior to the expiration of the time limit set forth in Fed.R.Civ.P. 4(m), or good cause must be shown as to why such service was not made in that period.

1

1 | Failure to comply with this order may result in a recommendation of dismissal to the
2 | District Judge as to said parties.
3 |     IT IS SO ORDERED.
4 |     Dated: March 27, 2024

                                            Nancy J. Koppe
                                            United States Magistrate Judge