# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

FIRST AMERICAN PROPERTY AND CASUALTY COMPANY,

    Plaintiff,

v.

WALDO HERNANDEZ, *et al.*,

    Defendants.

Case No. 2:23-cv-01945-JAD-NJK

**Order**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint proposed discovery plan must be filed by April 3, 2024.

IT IS SO ORDERED.

Dated: March 27, 2024

                                                          Nancy J. Koppe
                                                          United States Magistrate Judge

1